## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| WAKEITHA BELL, | : | Case No. 1:23-cv-212 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| MERCY HOSPITAL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the pending Report and Recommendation of United States Magistrate Stephanie K. Bowman (Doc. 19), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff failed to timely file objections to the Report and Recommendation in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 19) in its entirety.

Accordingly, for the reasons stated in the Report and Recommendation, Plaintiff's Motion to Reopen this Case and Add University of Cincinnati Hospital (Doc. 17) is **DENIED**. The Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a), for the reasons stated in the Report and Recommendation, that an appeal of this Order would not be taken in good faith. Plaintiff is **DENIED** leave to appeal this Order in forma pauperis. Lastly, because Plaintiff's post-judgment motion is patently frivolous, and there is no non-frivolous basis for any further filings in this closed case, any further motions shall be summarily denied on procedural grounds without the necessity of further analysis.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND